USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/24/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT TORRES,

                Plaintiff,

v.

KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

                Defendant.

No. 21-CV-7294 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This action was filed on August 30, 2021. On August 31, 2021, the Clerk of Court issued an electronic summons for Defendant. To date, Defendant has not appeared. Plaintiff is ordered to file proof of service of the summons and complaint on the docket on or before February 7, 2022.

SO ORDERED.

Dated:    January 24, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge