**CHRISTOPHER J. BOWES, ESQ.**
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

May 31, 2022

<u>Filed ECF</u>
Hon. Valerie Figueredo
United States District Court
500 Pearl Street
New York, NY 10007

                                                                                    RE: <u>Torres v. Kijakazi</u>
                                                                                          1:21-cv-7294 (VF)

Dear Judge Figueredo:

      I am writing to request an extension of time to file plaintiff's Motion for Judgment on the Pleadings and Memorandum of Law in Support thereof. Plaintiff's papers are due to be filed today, May 31, 2022. This is plaintiff's first request for an extension of time.

      I seek additional time to complete Plaintiff's papers on account of an extensive workload over the past month. As a result, I am behind schedule in completing Mr. Torres' papers, which includes a moderately large administrative record. With the consent of opposing counsel, Assistant United States Attorney Amanda Parsels, I respectfully request approve of the following revised schedule:

      June 30, 2022        Plaintiff's Motion for Judgment on the Pleadings
      August 29, 2022     Defendant's Opposition/Cross-Motion
      September 19, 2022  Plaintiff's Reply

      Thank you for you for Your Honor's attention to this matter.

                                                                                 Very truly yours,

                                                                            */s/ Christopher J. Bowes, Esq.*
                                                                            Christopher J. Bowes, Esq.

cc:    Amanda Parsels, Esq.
         Attorney for Defendant

---

Application Granted

*/s/ Valerie Figueredo*
Valerie Figueredo, U.S.M.J.
DATED: 6/1/2022

The revised briefing schedule is adopted.