CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

Application Granted
/s/ Valerie Figueredo, U.S.M.J.
DATED: 7-1-2022

June 30, 2022

Filed ECF
Hon. Valerie Figueredo
United States District Court
500 Pearl Street
New York, NY 10007

            RE: Torres v. Kijakazi
              1:21-cv-7294  (VF)

Dear Judge Figueredo:

  I am writing to request an extension of time to file plaintiff's Motion for Judgment on the Pleadings and Memorandum of Law in Support thereof. Plaintiff's papers are due to be filed today, June 30, 2022. This is plaintiff's second request for an extension of time.

  I seek additional time to complete Plaintiff's papers to permit the parties to address a possible avenue for settlement of this appeal. I have communicated the basis for possible remand to counsel for the Commissioner, Assistant United States Attorney Amanda Parsels, who is considering her position. With the consent of opposing counsel, I respectfully request approve of the following revised schedule:

  July 14, 2022  Plaintiff's Motion for Judgment on the Pleadings
  August 15, 2022  Defendant's Opposition/Cross-Motion
  August 29, 2022  Plaintiff's Reply

  Thank you for you for Your Honor's attention to this matter.

            Very truly yours,

            */s/ Christopher J. Bowes, Esq.*
            Christopher J. Bowes, Esq.

cc: Amanda Parsels, Esq.
   Attorney for Defendant