CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

**Application Granted**

/s/ Valerie Figueredo, U.S.M.J.
DATED: 7-15-2022

There will be no more extensions absent extraordinary circumstances.

July 14, 2022

<u>Filed ECF</u>
Hon. Valerie Figueredo
United States District Court
500 Pearl Street
New York, NY 10007

                          RE: <u>Torres v. Kijakazi</u>
                               1:21-cv-7294  (VF)

Dear Judge Figueredo:

      I am writing to request an extension of time to file plaintiff's Motion for Judgment on the Pleadings and Memorandum of Law in Support thereof.  Plaintiff's papers are due to be filed today, July 14, 2022.  This is plaintiff's third request for an extension of time.

      I request additional time to permit the defendant additional time to consider a possible settlement of this appeal.  Assistant United States Attorney Amanda Parsels advises me that she does not have an answer from the SSA at this point. With the consent of opposing counsel, I respectfully request approve of the following revised schedule:

| | |
|---|---|
| July 28, 2022 | Plaintiff's Motion for Judgment on the Pleadings |
| August 29, 2022 | Defendant's Opposition/Cross-Motion |
| September 12, 2022 | Plaintiff's Reply |

Thank you for you for Your Honor's attention to this matter.

                                         Very truly yours,

                                         <u>/s/ Christopher J. Bowes, Esq.</u>
                                         Christopher J. Bowes, Esq.

cc:    Amanda Parsels, Esq.
           Attorney for Defendant