**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROBERT TORRES,

                Plaintiff,                          21 **CIVIL** 7294 (VF)

      -v-                                           **JUDGMENT**

KILOLO KIJAZAKI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated July 28, 2022, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Council will assign the plaintiff's case to a different Administrative Law Judge to evaluate the plaintiff's claims further, offer the plaintiff the opportunity for a new hearing, and issue a new decision.

**Dated:**  New York, New York
           July 28, 2022

                                                                         **RUBY J. KRAJICK**
                                                                         **Clerk of Court**
                                      **BY:**     *K. Mango*
                                                                         **Deputy Clerk**